**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| GREGORY POWELL, | : | No. 128 EM 2015 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| THE COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of December, 2015, the Application for Leave to File Original Process and the Petition for Writ of Mandamus and/or Extraordinary Relief are **DISMISSED**. *See Commonwealth v. Reid*, 642 A.2d 453 (Pa. 1994) (explaining that hybrid representation is not permitted). The Prothonotary is **DIRECTED** to forward the filings to counsel of record.